B5 (Official Form 5) (12/07)

**FORM 5. INVOLUNTARY PETITION**

| United States Bankruptcy Court<br>**Middle District of Louisiana** | INVOLUNTARY PETITION |
|---|---|
| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Thinkstream Incorporated of Delaware** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>**Thinkstream, Incorporated of Colorado** |

Last four digits of Social-Security or other Individual's Tax-ID No./Complete EIN (If more than one, state all.)

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**Attn: Paul San Soucie, Registered Agent**<br>**6146 Crestmount Drive**<br>**Baton Rouge, LA 70809** | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**East Baton Rouge** | |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7    ■ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| Nature of Debts (Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | Type of Debtor (Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| ALLEGATIONS<br>(Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) - Page 2

Name of Debtor: **Thinkstream Incorporated of Delaware**

Case No. _____

## TRANSFER OF CLAIM

■ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Michael S. Chadwick
Signature of Petitioner or Representative (State title)

**Michael S. Chadwick**       May 11, 2015
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Michael S. Chadwick
2517 Westgate Street
Houston, TX 77019

X /s/ J. Eric Lockridge       May 11, 2015
Signature of Attorney         Date

**J. Eric Lockridge**
Name of Attorney Firm (If any)
Kean Miller
II City Plaza
400 Convention St., Suite 700
Baton Rouge, LA 70802
Address
Telephone No. 225-387-0999

---

X /s/ Jose S. Canseco, Manager
Signature of Petitioner or Representative (State title)

**TSB Ventures, LLC**         May 11, 2015
Name of Petitioner            Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Jose S. Canseco, Manager
698 Stonehill Road
Folsom, LA 70437

X /s/ Brandon A. Brown        May 11, 2015
Signature of Attorney         Date

**Brandon A. Brown**
Name of Attorney Firm (If any)
620 Florida Street, Suite 100
P. O. Box 2348
Baton Rouge, LA 70821-2348
Address
Telephone No. (225) 231-9998

---

X /s/ Rainbow Investments Company
Signature of Petitioner or Representative (State title)

**Rainbow Investments Company**    May 11, 2015
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Rainbow Investments Company
Duane S. Herbst, Vice President
P.O. Box 1050
Corpus Christi, TX 78403

X /s/ J. Eric Lockridge       May 11, 2015
Signature of Attorney         Date

**J. Eric Lockridge**
Name of Attorney Firm (If any)
Kean Miller
II City Plaza
400 Convention St., Suite 700
Baton Rouge, LA 70802
Address
Telephone No. 225-387-0999

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Michael S. Chadwick<br>2517 Westgate Street<br>Houston, TX 77019 | Promissory notes | 120,009.14 |
| TSB Ventures, LLC<br>698 Stonehill Road<br>Folsom, LA 70437 | Debentures and promissory notes | 9,089,884.07 |
| Rainbow Investments Company<br>Duane S. Herbst, Vice President<br>P.O. Box 1050<br>Corpus Christi, TX 78403 | Promissory notes | 42,979.33 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 9,587,778.31 |

_2_ continuation sheets attached

Name of Debtor **Thinkstream Incorporated of Delaware**

B5 (Official Form 5) (12/07) - Page 2    Case No._____

## TRANSFER OF CLAIM

■ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ Kevin C. King GST Trust
Signature of Petitioner or Representative (State title)

**Kevin C. King GST Trust**                    **May 11, 2015**
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Kevin C. King GST Trust
Kevin C. King, Trustee
147 Hickory Ridge
Houston, TX 77024**

X /s/ J. Eric Lockridge                         May 11, 2015
Signature of Attorney                           Date

**J. Eric Lockridge**
Name of Attorney Firm (If any)
**Kean Miller
II City Plaza
400 Convention St., Suite 700
Baton Rouge, LA 70802**
Address
Telephone No. **225-387-0999**

X /s/ Tom O'Leary
Signature of Petitioner or Representative (State title)

**Tom O'Leary**                                 **May 11, 2015**
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Tom O'Leary
800 Bering Drive, Suite 100
Houston, TX 77057**

X /s/ J. Eric Lockridge                         May 11, 2015
Signature of Attorney                           Date

**J. Eric Lockridge**
Name of Attorney Firm (If any)
**Kean Miller
II City Plaza
400 Convention St., Suite 700
Baton Rouge, LA 70802**
Address
Telephone No. **225-387-0999**

X /s/ John Zapalac
Signature of Petitioner or Representative (State title)

**John Zapalac**                                **May 11, 2015**
Name of Petitioner                              Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**John Zapalac
12807 Coralville Court
Houston, TX 77041**

X /s/ J. Eric Lockridge                         May 11, 2015
Signature of Attorney                           Date

**J. Eric Lockridge**
Name of Attorney Firm (If any)
**Kean Miller
II City Plaza
400 Convention St., Suite 700
Baton Rouge, LA 70802**
Address
Telephone No. **225-387-0999**

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Kevin C. King GST Trust**<br>**Kevin C. King, Trustee**<br>**147 Hickory Ridge**<br>**Houston, TX 77024** | **Promissory notes** | 42,979.33 |
| **Tom O'Leary**<br>**800 Bering Drive, Suite 100**<br>**Houston, TX 77057** | **Promissory notes** | 128,937.97 |
| **John Zapalac**<br>**12807 Coralville Court**<br>**Houston, TX 77041** | **Promissory notes** | 42,979.33 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>9,587,778.31 |

_1_ of _2_ continuation sheets attached

Name of Debtor **Thinkstream Incorporated of Delaware**

Case No. _____

B5 (Official Form 5) (12/07) - Page 2

## TRANSFER OF CLAIM

■ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| X **/s/ Cary Grossman, General Partner** | X **/s/ J. Eric Lockridge**                       May 11, 2015 |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                      Date |
| **Grossman Family Limited Partnership**      **May 11, 2015** | **J. Eric Lockridge** |
| Name of Petitioner                                      Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: **Cary Grossman, General Partner / 7311 Broadway St. / Galveston, TX 77554** | **Kean Miller / II City Plaza / 400 Convention St., Suite 700 / Baton Rouge, LA 70802** |
| | Address |
| | Telephone No.    **225-387-0999** |

| X_____ | X_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                      Date |
| Name of Petitioner                                      Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

| X_____ | X_____ |
|---|---|
| Signature of Petitioner or Representative (State title) | Signature of Attorney                                      Date |
| Name of Petitioner                                      Date Signed | Name of Attorney Firm (If any) |
| Name & Mailing Address of Individual Signing in Representative Capacity | Address |
| | Telephone No. |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| **Grossman Family Limited Partnership** **7311 Broadway St.** **Galveston, TX 77554** | **Promissory notes** | **120,009.14** |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims **9,587,778.31** |
|---|---|

2 of 2 continuation sheets attached